AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>PAPA BABACAR DIOP<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | Case: 1:25-mj-00007<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 01/13/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2025__ in the county of __Washington__ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | did knowingly and willfully combine, conspire, confederate, and agree together with others, to unlawfully, knowingly, and intentionally distribute a mxiture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(ii). |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

HEANG LY, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means). Sworn to before me and signed in my presence.

Date: 01/13/2025

*Judge's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*